# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KURT FLECHSIG and DIANE FLECHSIG   Plaintiff,

-v-

TOWN OF CLARKSTOWN, CLARKSTOWN BOARD OF ASSESSMENT REVIEW, CLARKSTOWN TAX ASSESSOR

Defendant.

Case No. _____

**Rule 7.1 Statement**

**08 CIV. 7000**
**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

KURT FLECHSIG and DIANE FLECHSIG   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 8/1/08

Signature of Attorney

Attorney Bar Code: WG2560

Form Rule7_1.pdf SDNY Web 10/2007